**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| LUCIAN RAY REED and | § | |
| BRENDA REED | § | |
| | § | |
| v. | § | Case No. 6:15-cv-727 |
| | § | |
| ALLIED PROPERTY AND CASUALTY | § | |
| INSURANCE COMPANY | § | |

## ORDER GRANTING MOTION TO REMAND

Before the Court is the parties' Joint Motion to Remand (Doc. No. 4). Because the parties have reached an agreement on the amount of recoverable damages that would defeat diversity jurisdiction in this case, the Court is of the opinion that the motion should be **GRANTED**. It is therefore

**ORDERED** that this case shall be **REMANDED** to the 3rd Judicial District Court of Henderson County, Texas. The Clerk of the Court is directed to send a copy of this Order to the Clerk of the 3rd Judicial District of Henderson County, Texas.

**It is SO ORDERED.**

**SIGNED this 22nd day of September, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE